L. JOHNSON v. E. D. SPARKS. (3 Div. 560.) Court of Appeals of Alabama. March 27, 1928. Rehearing Denied April 10, 1928.

George F. Smoot, Judge. Gipson & Booth, of Prattville, for appellant. Guy Rice, of Prattville, for appellee.

RICE, J. Affirmed.

(114 So. 923)

Clarence JOHNSON v. STATE. (2 Div. 376.) Court of Appeals of Alabama. Nov. 8, 1927. H. F. Reese, Judge. Second degree murder.

BRICKEN, P. J. Appeal dismissed.

(114 So. 923)

Frank JOHNSON v. STATE. (5 Div. 678.) Court of Appeals of Alabama. Nov. 29, 1927.

George F. Smoot, Judge.

SAMFORD, J. Appeal dismissed.

(111 So. 925)

George JOHNSON v. STATE. (8 Div. 545.) (Court of Appeals of Alabama. Feb. 1, 1927.)

J. E. Horton, Judge.

RICE, J. Affirmed.

(116 So. 925)

Jack JOHNSON v. STATE. (6 Div. 345.) Court of Appeals of Alabama. April 24, 1928. Rehearing Stricken May 15, 1928. R. L. Blanton, Judge.

BRICKEN, P. J. This appellant was convicted under count 2 of an indictment which charged him, in proper form and substance, with the offense of unlawfully having a still, etc., in his possession to be used for the purpose of manufacturing prohibited liquors, etc. This appeal is upon the record proper, and this record is without error. Let the judgment of conviction, from which this appeal was taken, stand affirmed. Affirmed.

(116 So. 925)

Jim JOHNSON v. STATE. (4 Div. 344.) Court of Appeals of Alabama. April 3, 1928.

W.

L. Parks, Judge. Violating prohibition law.

SAMFORD, J. Appeal dismissed.

(112 So. 923)

Malcom JOHNSON v. STATE. (4 Div. 279.) Court of Appeals of Alabama. April 12, 1927.

J. S. Williams, Judge.

RICE, J. Affirmed.

(117 So. 925)

Paul JOHNSON v. STATE. (7 Div. 405.) Court of Appeals of Alabama. June 5, 1928.

R. B. Carr, Judge. Distilling.

BRICKEN, P. J. Appeal dismissed.

(116 So. 925)

Andrew JONES v. STATE. (6 Div. 365.) Court of Appeals of Alabama. April 24, 1928.

J. Russell McElroy, Judge. Manslaughter.

RICE, J. Appeal dismissed.

(112 So. 923)

Truly JONES v. STATE. (8 Div. 548.) Court of Appeals of Alabama. May 24, 1927.

W. R. Jackson, Judge.

SAMFORD, J. Appeal dismissed.